UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Coones

v.

Board of County Commissioners, et al.,

Case No. 24-3147

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Deirdre Coones

_____

[Party or Parties][1]

_____

Appellee/Respondent
_____, in the above-captioned case(s).
　　[Appellant/Petitioner or Appellee/Respondent]


Russell Ainsworth
_____　　_____
Name of Counsel　　　　　　　　　　　　　　　Name of Counsel

_/s/ Russell Ainsworth_____　_____
Signature of Counsel　　　　　　　　　　　　　Signature of Counsel

311 N. Aberdeen, Chicago, IL 60607, 312-243-5900
_____　　_____
Mailing Address and Telephone Number　　　　Mailing Address and Telephone Number

russell@loevy.com
_____　　_____
E-Mail Address　　　　　　　　　　　　　　　E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

✔ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

10/18/2024
Date

*[signature]*

Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

[X]  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

[ ]  On   10/18/2024   I sent a copy of this Entry of Appearance
          [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]


10/18/2024
_____
Date

_____
Signature