UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| DEIRDRE COONES, as Executor of the Estate of Olin Coones,<br><br>        Plaintiff – Appellee,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF THE UNIFIED GOVERNMENT OF WYANDOTTE COUNTY/KANSAS CITY, KANSAS, et al.,<br><br>        Defendants – Appellants. | No. 24-3147<br>(D.C. No. 2:22-CV-02447-JAR)<br>(D. Kan.) |

**Unopposed Motion for Extension of Time to File Opening Brief and Appendix**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Tenth Circuit Rule 27.6, Appellants respectfully move for an extension of 21 days, to and including January 23, 2025, 2024, to file their opening brief and appendix.

Appellants' opening brief and appendix are currently due January 2, 2025. This motion is filed at least three days before the brief is due.

On October 22, 2024, the court abated this appeal pending the district court's disposition of a Motion to Reconsider, D. Ct. ECF No. 129. On November 14, 2024, the district court issued an order granting the motion. On November 22, 2024, the court lifted the abatement of this appeal and specified the Appellants' opening brief

and appendix would be due in 40 days (January 1, 2025, a legal holiday, making the brief and appendix due January 2, 2025).

Good cause exists for granting this extension. The additional time is necessary to allow the undersigned counsel to complete the opening brief an prepare the appendix. Counsel had, in the interim the Thanksgiving and Christmas holidays, preparation for and presentation at the New Sheriff's School at the Kansas Law Enforcement Training Center on December 2, oral argument in *Hoyt v. Kruger*, Bourbon County Case No. BB-2024-CV-000059, on December 3; oral argument in *Leon v. State of Kansas, et al*., Saline County Case No. SA-2024-CV-000216, on December 4; CLE at the Kansas Association of Defense Counsel Annual Meeting on December 6-7; mediation herein on December 13; a hearing in *Svacina v. Koehler*, Shawnee County Case No. SN-2020-CV-442 on December 16; a deposition in *Hoch Publishing v. City of Marion*, Marion County Case No. MN-2024-CV-36, also on December 16; a settlement conference in *Prairie Band Potawatomie Nation v. Morse*, D.Kan. Case No. 24-cv-4066, on December 17, mediation in *Moss v. City of Wichita*, Sedgwick County Case No. SG-2024-CV-1582, on December 18, and a deposition in Lansing Correctional Facility in *McDonald v. DiMarzo*, D.Kan. Case No. 24-cv-03019, on December 20.

This is the first request by the Appellee for an extension of time in this appeal. The motion is made in good faith and is not intended to unnecessarily delay or

frustrate these proceedings.

Counsel for Appellee consents to this request for a 21-day extension.

WHEREFORE, the Appellee respectfully requests that this Court grant its unopposed motion for a 21-day extension, until September 23, 2025, to file its opening brief and appendix.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 SW 5th Street | Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com |
cbranson@fpsslaw.com

**s/David R. Cooper**
David R. Cooper                    #16690
Charles E. Branson                 #17376
*Attorneys for Defendants/Appellants*

Daniel E. Kuhn, #20429
Unified Government of Wyandotte
  County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Tel: (913) 573-5060 | Fax: (913) 573-5243
Email: dkuhn@wycokck.org
*Attorney for Defendants Unified Government of Wyandotte County and Kansas City, Kansas*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Certificate of Compliance With Type-Volume Limit,
Typeface Requirements, and Type Style Requirements

1.  This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App.

P. 32(f): this document contains 399 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Word in 14 Font Times New Roman.

## Certificate of Service

I hereby certify that on December, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record, including:

Russell Ainsworth
LOEVY & LOEVY | 311 N. Aberdeen Street, 3rd Floor | Chicago, IL 60607
Tel: (312) 243-5900 | Fax: (312) 249-5902
russell@loevy.com
**Attorneys for Appellee**

s/David R. Cooper